1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LOYD ROSS, | Case No. SA CV 20-772-PSG (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BARBARA VON BLANCKENSEE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 09/22/2020.

_____

PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE